[No. 55997-4-I.   Division One.   July 17, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL YOHANNES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-01195-3, Julie Spector, J., entered February 18, 2005. *Reversed* by unpublished opinion per Coleman, J., concurred in by Ellington and Dwyer, JJ.

[No. 56338-6-I.   Division One.   July 17, 2006.]

SIOBHAN RICCI, *Appellant*, v. STEVEN GARY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-36387-1, Helen Halpert, J., entered May 25, 2005. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick, C.J., and Baker, J.

[No. 56362-9-I.   Division One.   July 17, 2006.]

DUANE DELAVALLADE ET AL., *Appellants*, v. THE CITY OF SHORELINE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-32701-8, Richard A. Jones, J., entered September 17, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Schindler, A.C.J., and Becker, J.

[No. 56620-2-I.   Division One.   July 17, 2006.]

LEO C. BRUTSCHE, *Appellant*, v. THE CITY OF KENT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-12087-0, Brian D. Gain, J., entered July 25, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Becker, J., concurred in by Schindler, A.C.J., and Coleman, J.